**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**RICHARD DEVAL INGRAM,**
**ADC #153742**                                                                              **PETITIONER**

**v.**                                  **Case No. 5:15-cv-00272 KGB**

**WENDY KELLEY**                                                                          **DEFENDANT**

## ORDER

The Court has received Proposed Findings and Recommendation from United States Magistrate Judge Patricia S. Harris (Dkt. No. 26).  Petitioner Richard DeVal Ingram's objections to the Proposed Findings and Recommendation were timely (Dkt. No. 27), but he represented to the Court that they were incomplete and requested additional time to complete his objections (Dkt. No. 30).  This Court granted that request on May 11, 2016 (Dkt. No. 31).  Mr. Ingram then filed his additional objections to the Proposed Findings and Recommendations (Dkt. No. 33).

After careful review of the Proposed Findings and Recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order.  In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).  The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right.  Thus, the certificate of appealability is denied.

It is therefore ordered that petitioner Richard DeVal Ingram's Petition for Writ of Habeas Corpus is dismissed with prejudice and the requested relief is denied.  A certificate of appealability is denied.  Judgment shall be entered accordingly.  All pending motions are denied as moot.

So ordered this 13th day of September, 2016.

Kristine G. Baker
United States District Judge