IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD DEVAL INGRAM,
ADC #153742                                                                               PETITIONER

v.                          Case No. 5:15-cv-00272 KGB

WENDY KELLEY                                                                               DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed with prejudice.

So adjudged this 13th day of September, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge